UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DMSION

Case No. 25-cv-

VALENCIA ESTATES HOMEOWNERS'
ASSOCIATION, INC., a Florida not-for-profit
corporation, Plaintiff,
vs.

ELIZABETH HAZAN, an individual; SEAN
NEIL MEEHAN, as spouse of ELIZABETH
HAZAN, an individual; 6913 VALENCIA, LLC,
a Florida limited liability company; JOHN DOE
and JANE DOE as unknown as unknown tenants
or occupants,
    Defendants.

_____/

FILED BY _MC_ D.C.
MAR 19 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## DEFENDANTS ELIZABETH HAZAN AND SEAN MEEHAN AND 6913 VALENCIA LLC'S 'S NOTICE OF REMOVAL

Defendants, Elizabeth Hazan ("Hazan"), Sean Neil Meehan ("Meehan") and 6913 Valencia LLC ("6913 Valencia LLC")'s pursuant to Title 28, United States Code§§§§§ 1331, 1332, 1441,1446, and 1452 hereby remove this proceeding currently pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami Dade County, Florida, case number 2022-005424 CA 01 (the "State Court Litigation"). As grounds for the removal of this proceeding, Defendants Hazan, Meehan and 6913 Valencia LLC state as follows:

### STATEMENT OF GROUNDS FOR REMOVAL

Plaintiff, VALENCIA ESTATES HOMEOWNERS' ASSOCIATION, INC., is seeking to do an end run around to a confirmed and open pending bankruptcy chapter 11 plan and various rulings of the federal courts. Given the same litigation involving same property Defendants believe that removal of this action to United States District Court is appropriate.

### Removal Under 28 U.S. Code§ 1452

1. There is currently pending litigation involving the same property and the open bankruptcy case before Judge Mark, 16-10389-RAM. Hazan, Meehan and 6913 Valencia LLC believe that removal of this action to United States District Court is appropriate. If the Court is inclined to agree, Hazan, Meehan and 6913 Valencia LLC will file a motion to transfer venue bankruptcy court. If the Court is inclined to agree, Defendants will file a motion to transfer venue bankruptcy court.

2. **§1443. Civil rights cases**

   Any of the following civil actions or criminal prosecutions, commenced in a State court may be removed by the defendant to the district court of the United States for the district and division embracing the place wherein it is pending:

   (1) Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for the equal civil rights of citizens of the United States, or of all persons within the jurisdiction thereof;

   (2) For any act under color of authority derived from any law providing for equal rights, or for refusing to do any act on the ground that it would be inconsistent with such law.

3. This case involves a deprivation of constitutional rights as required for removal under 28 U.S.C. §1443.

4. Unfortunately, the presiding judge of the state court action has espoused off hand comments that tend to show a bias towards Hazan Meehan and denied Hazan's Motion to recuse the Judge.

5. The presiding judge continued to exercise jurisdiction after removal of the case in ex-parte hearings.

6. Meehan has no legal interest in the subject property, is not a member of the HOA, not liable for any HOA dues and has been sued by the Plaintiff out of pure harassment and animosity due to the strained relationship between Plaintiff and co-defendant Hazan.

### THERE IS COMPLETE DIVERSITY OF CITIZENSIDP

1. Plaintiff Valencia is a Florida Company, with its principal place of business

in Fisher Island Florida.

2. 6913 Valencia LLC's principals are Canadian.

3. Selective Advisor Group LLC is a Delaware LLC, with its principal place of business in Delaware. *See* 28 U.S.C. § 1332(c)(l).

4. Liza Hazan, a/k/a Elizabeth Hazan is a canadian citizen. *See* 28 U.S.C. § 1332(c)(l).

5. Sean Neil Meehan is born raised in New York and resides in New York.

**THE AMOUNT IN CONTROVERSY EXCEEDS $75,000**

6. Plaintiff is seeking to obtain a judgment of foreclosure judgment that exceeds $75,000. As such, the controversy exceeds $75,000.

**THIS PROCEEDING IS RELATED TO A CASE ARISING UNDER TITLE 11**

7. This proceeding is related to an open bankruptcy case 16-10389-RAM.

8. This Court has jurisdiction over the original proceedings pursuant to 28

1. U.S.C. § 1334(b).

**ALL PROCEDURAL REQUIREMENTS ARE SATISFIED**

7. In accordance with 28 U.S.C. § 1446(a) true and correct copies of the of the Complaint, is attached as Exhibits A.

9. The State Court Litigation is proceeding in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County. Because that court is located within the District and Division in which this Court sits, venue is proper pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1391(b)(2).

10. In accordance with 28 U.S.C. § 1446(d), written notice regarding the filing of this Notice of Removal, and a copy thereof, is being provided, VALENCIA ESTATES HOMEOWNERS' ASSOCIATION, INC., and the Clerk of Circuit Court of the Eleventh

Judicial Circuit in and for Miami-Dade County.

**WHEREFORE**, Defendants, Elizabeth Hazan ("Hazan"), Sean Neil Meehan ("Meehan") and 6913 Valencia LLC ("6913 Valencia LLC") respectfully give notice that this proceeding is removed from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County to the United States District Court for the Southern District of Florida, Miami Division.

Dated: Miami, FL March 19, 2025

Respectfully submitted,

Sean Neil Meehan

By: /s/ Sean Neil Meehan

Sean Neil Meehan

Tel: (305)487-3580
Email: seannmeehan@gmail.com

Sean Neil Meehan
*Pro Se* Defendant

Liza Hazan a/k/a Elizabeth Hazan

By: /s/

Liza Hazan a/k/a Elizabeth Hazan
6913 Valencia Drive
Miami, Florida 33109
Tel: (305)781-4176
Email: lizahazan77@gmail.com

Liza Hazan a/k/a Elizabeth Hazan Pro se Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that we filed the foregoing with the Clerk of the Court and a true and correct copy of the foregoing was served via U.S. mail or email or ECF system to the parties on the attached service list as indicated on this 19th day of March 2025.

Respectfully submitted,

Dated: Miami, FL March 19, 2025

Respectfully submitted,

Sean Neil Meehan

By: _____

Sean Neil Meehan

Tel: (305)487-3580
Email: seannmeehan@gmail.com

Sean Neil Meehan
*Pro Se* Defendant

Liza Hazan a/k/a Elizabeth Hazan

By: _____

Liza Hazan a/k/a Elizabeth Hazan
6913 Valencia Drive
Miami, Florida 33109
Tel: (305)781-4176
Email: lizahazan77@gmail.com

Liza Hazan a/k/a Elizabeth Hazan Pro se Defendant

## SERVICE LIST

<u>VIA ECF or regular mail or email</u>

*Counsel for Plaintiff, Valencia Estates Homeowners's Association, Inc.*
Joel M Aresty, aresty@icloud.com
Joel M Aresty, Aresfy@mac.com
Sean Neil Meehan, seannmeehan@gmail.com
liza hazan, <u>elizabeth9246qc@gmail.com</u>

Barry Turner, bt@bstpa.com