UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
FLORIDA MIAMI DIVISION

Case No. 25-cv-21283-MFE

VALENCIA ESTATES HOMEOWNERS' ASSOCIATION, INC. v.

ELIZABETH HAZAN A/K/A LIZA HAZAN, ET. AL.,
And SEAN MEEHAN, AND 6913 VALENCIA, LLC
Defendants.
_____/

## DEFENDANTS ELIZABETH HAZAN AND SEAN MEEHAN'S NOTICE OF VOLUNTARY DISMISSAL **WITHOUT PREJUDICE**

Defendants, Elizabeth Hazan ("Hazan"), Sean Neil Meehan ("Meehan") pursuant to Federal Rules of Procedure Rule 41(b), file their Notice of Voluntary Dismissal without prejudice.

Dated: Miami, FL
April 7, 2025

Respectfully submitted,

Sean Neil Meehan
By: /s/ _____

Sean Neil Meehan 6913
Valencia Drive
Miami, Florida 33109
Tel: (305) 487-3580
Email: seannmeehan@gmail.com

Sean Neil Meehan Pro se Defendant
By: /s/ _____

Liza Hazan a/k/a Elizabeth Hazan 6913
Valencia Drive
Miami, Florida 33109
Tel: (212) 920-6605
Email: lizahazan77@gmail.com\

Liza Hazan a/k/a Elizabeth Hazan Pro se Defendant

## CERTIFICATE OF SERVICE

Dated: Miami, FL

April 7, 2025

Respectfully submitted,

Sean Neil Meehan

By: /s/ _____

Sean Neil Meehan 6913
Valencia Drive
Miami, Florida 33109
Tel: (305) 487-3580
Email: seannmeehan@gmail.com

Sean Neil Meehan Pro se Defendant

By: /s/ _____

Liza Hazan a/k/a Elizabeth Hazan 6913
Valencia Drive
Miami, Florida 33109
Tel: (212) 920-6605
Email: lizahazan77@gmail.com\

Liza Hazan a/k/a Elizabeth Hazan Pro se Defendant

## SERVICE LIST
### VIA ECF or regular mail or email

Barry Turner, bt@bstpa.com, *Attorney for Plaintiffs, Counsel for* VALENCIA ESTATES HOMEOWNERS' ASSOCIATION, INC. Mailing Address: PO Box 330189, Miami, Florida 33233-0189