UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA MIAMI DIVSION

Case No. 25-cv-21283-MFE



FILED BY _____ D.C.
APR 15 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

VALENCIA ESTATES HOMEOWNERS' ASSOCIATION, INC., a Florida not-for-profit corporation, Plaintiff,

vs.

ELIZABETH HAZAN, an individual; SEAN NEIL MEEHAN, as spouse of ELIZABETH HAZAN, an individual; 6913 VALENCIA, LLC, a Florida limited liability company; JOHN DOE and JANE DOE as unknown as unknown tenants or occupants,

Defendants.
_____/

## DEFENDANTS ELIZABETH HAZAN AND SEAN MEEHAN AND 6913 VALENCIA LLC'S 'S MOTION FOR EXTENSION OF TIME

Defendants, Elizabeth Hazan ("Hazan"), Sean Neil Meehan ("Meehan") and 6913 Valencia LLC ("6913 Valencia LLC")'s ("Defendants"), *Pro Se* Defendants, hereby respectfully requesting a seven-day extension to respond to the various deadlines and past deadlines and to respond to Doc 11 and Doc 12. As grounds for the extension of time, Defendants Hazan, Meehan and 6913 Valencia LLC state as follows: They need for additional time to review documents and requesting an extension of the various deadlines. In Support, Defendants respectfully state as follows:

Opposing counsel has made defendants' life so hard as he has refused to email the pleadings as soon as they are filed and instead chose to send them by mail causing delay Defendants to miss their various deadlines in the case. Defendants live on an island which causes additional delay where the mail gets distributed in a private room.

On April 8, 2025, the court entered two paperless orders ruling as follows:

> **PAPERLESS ORDER on Defendants Elizabeth Hazan and Sean Meehan's Notice of Voluntary Dismissal Without Prejudice. THIS CAUSE comes before the Court upon Defendants Elizabeth Hazan and Sean Meehan's Notice of Voluntary Dismissal Without Prejudice (the "Notice of Voluntary Dismissal"), ECF No. [10], filed on April 7, 2025. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), a "*plaintiff* may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" Fed. R. Civ. P. 41(a)(1)(A) (emphasis added). Defendants cannot file a Notice of Voluntary Dismissal under Rule 41. Accordingly, the Notice of Voluntary Dismissal, ECF NO. [10], is improper and is STRICKEN. If Defendants intended to request remand of the action to state court, Defendant may do so by filing a motion requesting remand after conferring with Plaintiff's counsel. Signed by Magistrate Judge Marty Fulgueira Elfenbein on 4/8/2025. (MFE) DOC 11.**

> **PAPERLESS ORDER. THIS CAUSE** is before the Court on a *sua sponte* review of the record. On March 21, 2025, Plaintiff Valencia Estates Homeowners' Association, Inc. ("Plaintiff") filed its Expedited Motion to Remand Case to State Court (the "Motion to Remand"), ECF No. 7, and its Motion to Dismiss and Strike Notice of Removal Purportedly Filed by 6913 Valencia LLC (the "Motion to Dismiss"), ECF No. 8. On March 24, 2025, Plaintiff filed its Motion to Deem Defendants Vexatious Litigants and Place Certain Limitations on Any Future Litigation They Initiate or Remove to This Court, ECF No. 9 (collectively with the Motion to Remand and Motion to Dismiss, the "Motions"). Instead of responding to any of the Motions filed by Plaintiff, on April 7, 2025, Defendants Elizabeth Hazan and Sean Neil Meehan ("Defendants") filed a Notice of Voluntary Dismissal Without Prejudice (the "Notice of Dismissal"), ECF No 10.
>
> "For all motions, except motions served with the summons and complaint, each party opposing a motion shall file and serve an opposing memorandum of law no later than fourteen [ ] days after service of the motion." S.D. Fla. L. R. 7.1(c)(1). Additionally, pursuant to Federal Rule of Civil Procedure 6(d), parties, including the pro se Defendants here, served by mail have an additional three days to respond. Fed. R. Civ. P. 6(d). The Court notes that more than seventeen days have passed, and Defendants have not responded to the Motions. Defendants are hereby **ORDERED** to file responses to Plaintiff's Motions, ECF Nos. 7, 8, and 9, no later than **April 16, 2025. Failure to do so may result in granting the Motions by default. Signed by Magistrate Judge Marty Fulgueira Elfenbein on 4/8/2025. (MFE) (Entered: 04/08/2025) DOC 12.**

This deadline of April 16, 2025, falls on Passover. Therefore, Defendants are respectfully requesting a 7-day extension of time to respond to the deadline and other deadlines, various deadlines and past deadlines and to respond to Doc 11 and Doc 12. As stated above, opposing counsel has made life so hard for defendants as he has continued to refused to email the pleadings as soon as they are filed and instead keeps on mailing them causing Defendants to miss their various deadlines in the case. Pro Se defendants need additional time to review documents, and respond to the various Plaintiffs' Motions as ordered to Doc 11 and Doc 12 after the Jewish Holiday of Passover is over.

**PAPERLESS ORDER. THIS CAUSE** is before the Court on a *sua sponte* review of the record. On March 21, 2025, Plaintiff Valencia Estates Homeowners' Association, Inc. ("Plaintiff") filed its Expedited Motion to Remand Case to State Court (the "Motion to Remand"), ECF No. 7, and its Motion to Dismiss and Strike Notice of Removal Purportedly Filed by 6913 Valencia LLC (the "Motion to Dismiss"), ECF No. 8. On March 24, 2025, Plaintiff filed its Motion to Deem Defendants Vexatious Litigants and Place Certain Limitations on Any Future Litigation They Initiate or Remove to This Court, ECF No. 9 (collectively with the Motion to Remand and Motion to Dismiss, the "Motions"). Instead of responding to any of the Motions filed by Plaintiff, on April 7, 2025, Defendants Elizabeth Hazan and Sean Neil Meehan ("Defendants") filed a Notice of Voluntary Dismissal Without Prejudice (the "Notice of Dismissal"), ECF No 10.

"For all motions, except motions served with the summons and complaint, each party opposing a motion shall file and serve an opposing memorandum of law no later than fourteen [ ] days after service of the motion." S.D. Fla. L. R. 7.1(c)(1). Additionally, pursuant to Federal Rule of Civil Procedure 6(d), parties, including the pro se Defendants here, served by mail have an additional three days to respond. Fed. R. Civ. P. 6(d). The Court notes that more than seventeen days have passed, and Defendants have not responded to the Motions. Defendants are hereby **ORDERED** to file responses to Plaintiff's Motions, ECF Nos. 7, 8, and 9, no later than **April 16, 2025. Failure to do so may result in granting the Motions by default. Signed by Magistrate Judge Marty Fulgueira Elfenbein on 4/8/2025. (MFE) (Entered: 04/08/2025)**

**WHEREFORE,** Defendants, Elizabeth Hazan ("Hazan"), Sean Neil Meehan ("Meehan") and 6913 Valencia LLC ("6913 Valencia LLC") respectfully request a 7 day extension of time to answer the various Plaintiffs' Motions after the Jewish Holiday of Passover is over on April 20, 2025 or April 22, 2025.

Dated: Miami, FL April 15, 2025

                                      Respectfully submitted,

Sean Neil Meehan

By: *[signature]*

Sean Neil Meehan

Tel: (305)487-3580
Email: seannmeehan@gmail.com

Sean Neil Meehan
*Pro Se* Defendant

Liza Hazan a/k/a Elizabeth Hazan

By: *[signature]*

Liza Hazan a/k/a Elizabeth Hazan
6913 Valencia Drive
Miami, Florida 33109
Tel: (305)781-4176
Email: lizahazan77@gmail.com

Liza Hazan a/k/a Elizabeth Hazan Pro se Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that we filed the foregoing with the Clerk of the Court and a true and correct copy of the foregoing was served via U.S. mail or email or ECF system to the parties on the attached service list as indicated on this 15th day of April 2025.

Respectfully submitted,

Dated: Miami, FL April, 15, 2025

Respectfully submitted,

Sean Neil Meehan

By: _____

Sean Neil Meehan

Tel: (305)487-3580
Email: seannmeehan@gmail.com

Sean Neil Meehan
*Pro Se* Defendant

Liza Hazan a/k/a Elizabeth Hazan

By: _____

Liza Hazan a/k/a Elizabeth Hazan
6913 Valencia Drive
Miami, Florida 33109
Tel: (305)781-4176
Email: lizahazan77@gmail.com

Liza Hazan a/k/a Elizabeth Hazan Pro se Defendant

## SERVICE LIST

<u>VIA ECF or regular mail or email</u>

*Counsel for Plaintiff, Valencia Estates Homeowners's Association, Inc., <u>bt@bstpa.com</u>*
*PO Box 330189, Miami, Florida 33233-0189*