# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Angela E. Noble**
Court Administrator • Clerk of Court

400 North Miami Avenue, Room 8N09
Miami, Florida 33128-7716
(305)523-5100

Date: April 24, 2025

**Attn: Civil Correspondence Clerk**
Clerk of Circuit and County Courts
138 Dade County Courthouse
73 West Flagler Street
Miami, FL 33130

FILED BY _chv_ D.C.

MAY 0 2 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

RE: District Court Case No.: 1:25-cv-21283-MFE

State Court Case No.: 22-005424CA 01

Dear Sir/Madam:

Pursuant to 28 U.S.C. §1447, a certified copy of the District Court's Order of Remand must be mailed to the Clerk of the State Court.

Please acknowledge receipt of the Order in the above referenced case by signing and returning the enclosed copy of this letter.

**Clerk's Acknowledgment of Receipt**
The undersigned hereby acknowledges receipt of the

District Court's certified copy of the Order of Remand.

By: __**Wilfred Clark**__
Deputy Clerk

On: __**APR 2 9 2025**__

Angela E. Noble, Clerk of Court

By _/s/ Dimas Rodriguez_
Deputy Clerk

**JUAN FERNANDEZ-BARQUIN**
CLERK OF THE COURT AND COMPTROLLER
MIAMI-DADE COUNTY
CIVIL COURTS DIVISION
73 W. FLAGLER ST. #138
MIAMI, FL. 33130
CLK/CT. 958 Rev. 08/23

PRESORTED FIRST CLASS



US POSTAGE ™ PITNEY BOWES

ZIP 33331 $ 000.54⁵
02 4W
0000379559 APR 30 2025

PRSRT 1ST CLASS 050125

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Office of the Clerk
299 East Broward Boulevard, Rm 108
Ft. Lauderdale, Florida 33301

DBD7P5B 33301